# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| LANIER RILEY, | : No. 73 EM 2017 |
| Petitioner | : |
| v. | : |
| JOHN TALABER, ESQ., | : |
| Defendant | : |
| SECRETARY PENNSYLVANIA BOARD OF PROBATION AND PAROLE, ET AL., | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.